**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-6217**

In Re:  DEJUAN ANDERKO WATKINS,

Petitioner.

On Petition for Writ of Mandamus.
(7:02-cr-00106-F; 7:05-cv-00019-F)

Submitted:  April 20, 2007          Decided:  April 30, 2007

Before GREGORY and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Petition denied by unpublished per curiam opinion.

Dejuan Anderko Watkins, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dejuan Anderko Watkins petitions for a writ of mandamus claiming there was undue delay by the district court in disposing of his 28 U.S.C. § 2255 (2000) motion. The Government filed a response noting that the district court entered a judgment and order denying the § 2255 motion. In light of the court's action, we deny as moot Watkins' petition for a writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED